UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PEGGY BARTLE,

    Plaintiff,

v.

SALLIE MAE, INC. d/b/a
NAVIENT SOLUTIONS, INC.,

    Defendant.
_____/

Case No.

8:16-cv-0004-T-26 EAJ

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Sallie Mae, Inc. d/b/a Navient Solutions, Inc. (NSI), hereby removes the above-captioned civil action from the Circuit Court of the Fifth Judicial Circuit in and for Hernando County, Florida to the United States District Court for the Middle District of Florida. The removal of this civil case is proper because:

1. NSI is the only defendant in this civil action filed by plaintiff, Peggy Bartle (plaintiff), in the Circuit Court of the Fifth Judicial Circuit in and for Hernando County, Florida, titled *Peggy Bartle v. Sallie Mae, Inc. d/b/a Navient Solutions, Inc.*, Case No. 2015-CA-1453 (hereinafter the "State Court Action").

2. NSI removes this case on the basis of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*, as plaintiff's Complaint claims relief based on abusive practices in violation of federal law.

3. Pursuant to 28 U.S.C. § 1446(b), NSI has timely filed this Notice of Removal. NSI was served with plaintiff's Complaint on December 15, 2015. This Notice of Removal is filed within 30 days of receipt of the Complaint by NSI.

4. Attached hereto as Exhibit 1 and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

5. A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the Circuit Court of the Fifth Judicial Circuit in and for Hernando County, Florida.

WHEREFORE, Defendant, Sallie Mae, Inc. d/b/a Navient Solutions, Inc., hereby removes to this Court the State Court Action.

Respectfully submitted,

*(signature)*
Abigail S. Pressler, Esq.
Florida Bar No. 0098072
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
Rachel A. Morris, Esq.
Florida Bar No. 0091498
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
Telephone: (813) 890-2465
Facsimile: (865) 466-3140
apressler@sessions.legal
dvanhoose@sessions.legal
ramorris@sessions.legal
*Attorneys for Defendant,*
*Sallie Mae, Inc. d/b/a Navient Solutions, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31st day of December 2015, a copy of the foregoing was filed electronically. A true and correct copy of the foregoing was sent via email to plaintiff's counsel as described below.

Michael A. Ziegler, Esq.
Law Office of Michael A. Ziegler, P.L.
13575 58th Street North, Suite 129
Clearwater, FL 33760
mike@zieglerlawoffice.com

_____
Attorney